UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY et al., Appellants, *v.* GEORGE A. BRENKER, Respondent.

(Argued April 3, 1930; decided May 6, 1930.)

*Charles F. Quantrell* and *P. J. Kooiman* for appellants.
*Frank M. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.